UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Deutsche Bank National Trust
Company, Trustee for Long Beach
Mortgage Loan Trust 2006-5

   v.                                     Civil No. 09-cv-385-LM

Alia Fadili, Stewart Title
Company, and Stewart Title
Guaranty Company

### ERRATA SHEET

The next to last sentence of the court's summary judgment order dated October 4, 2011, (doc. no. 76) is hereby amended to read: "The following claims remain for trial: Counts I, II (as to Fadili), V, IX, and X of Deutsche Bank's complaint, and all three of Fadili's counterclaims."

_____
Landya McCafferty
United States Magistrate Judge

October 7, 2011

cc:  Edmond J. Ford, Esq.
     Steven M. Latici, Esq.
     William Philpot, Jr., Esq.
     Christopher J. Somma, Esq.