UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Deutsche Bank National Trust
Company, Trustee for Long Beach
Mortgage Loan Trust 2006-5

   v.                                      Case No. 09-cv-385-LM

Alia Fadili

**O R D E R**

    Based upon various statements made at today's final pre-trial conference, and the court's own consideration of this case, it has become apparent that the key to a final resolution, title to the so-called vacant lot, lies beyond the scope of this action.  Accordingly, it seems that this court's resources would be most judiciously utilized by staying this action until Deutsche Bank has exhausted its remedies under the mortgage deed by foreclosing on the vacant lot.  Fadili's counsel conceded during today's conference that Deutsche Bank has the statutory right to move to foreclose on the vacant lot.  By all accounts, a successful outcome on that front would render this action unnecessary.  The court hereby orders that this case is stayed until Deutsche Bank has foreclosed on the vacant lot.  The parties shall file a status report on or before April 9, 2012.

    SO ORDERED.

                                                          _____
                                                          Landya McCafferty
                                                          United States Magistrate Judge

October 7, 2011
cc:  William Philpot, Jr., Esq.
     Steven M. Latici, Esq.